1014

No. 723. FISHER v. COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Benjamin E. Jaffe* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Meyer Rothwacks* for respondent. ▮

No. 724. BRESLIN v. NEW YORK. Court of Appeals of New York. Certiorari denied. *Thomas J. Mackell* for petitioner. *Edward S. Silver* and *Aaron E. Koota* for respondent. ▮

No. 737. MARYLAND JOCKEY CLUB OF BALTIMORE CITY v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *Llewellyn A. Luce* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Robert N. Anderson* and *Homer R. Miller* for the United States. ▮

No. 739. EMPLOYERS' LIABILITY ASSURANCE CORP., LTD. v. MITCHELL ET AL. C. A. 5th Cir. Certiorari denied. *R. Emmett Kerrigan* for petitioner. ▮

No. 743. BOYT ET AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied. *Thomas B. Roberts* and *Joseph I. Brody* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *L. W. Post* for respondent. ▮

No. 744. VANDYKE v. BLUEFIELD GAS Co. C. A. 4th Cir. Certiorari denied. *Frederick T. Kingdon* for petitioner. *LeRoy Katz* for respondent. ▮